JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SIADEK, <u>et</u> <u>al</u>., <br><br>     Plaintiffs, <br>   v. <br> AMERICAN AIRLINES, INC., <br><br>     Defendant. | Case No.  CV 16-1180 FMO (GJSx) <br><br> **ORDER Re:  NOTICE OF SETTLEMENT** |

The complaint in the above-captioned case contains individual and class allegations, and while an answer has been filed, no substantial motion practice has taken place in the matter. Now, the court is informed that the parties have settled the matter, and that plaintiffs' resolution of their individual claims will not prejudice putative class members. (<u>See</u> Notice of Settlement at 2). Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiffs and without prejudice as to the class.  The dismissal shall be without costs and plaintiffs shall retain the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

Dated this 2nd day of December 2016.

                                              /s/
                                    Fernando M. Olguin
                                 United States District Judge